IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMMIE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. CV 07-376-JPG |
| ) | |
| ROBIN A. LAWSON, FREIGHT ) | |
| MASTERS SYSTEMS, INC., FREIGHT ) | |
| MASTERS SYSTEMS INTERNATIONAL, ) | |
| INC., and FREIGHT MASTERS SYSTEMS ) | |
| GLOBAL, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Pursuant to defendants' Motion To Dismiss (Doc. 39), advising the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: September 2, 2008

**NORBERT JAWORSKI, CLERK**

**Brenda K. Lowe, Deputy Clerk**

**APPROVED:** *s/ J. Phil Gilbert*
**U. S. DISTRICT JUDGE**